No. 1945, Misc. HERNANDEZ v. TEXAS. Ct. Crim.
App. Tex. Certiorari denied. THE CHIEF JUSTICE and
MR. JUSTICE MARSHALL are of the opinion that certiorari
should be granted. *Clyde W. Woody* and *Marian S.
Rosen* for petitioner. *Crawford C. Martin,* Attorney
General of Texas, for respondent. 

No. 297. IMMIGRATION AND NATURALIZATION SERVICE
v. STANISIC, *ante,* p. 62;

No. 1113. TELEPHONE USERS ASSOCIATION, INC. *v.*
PUBLIC SERVICE COMMISSION OF THE DISTRICT OF CO-
LUMBIA ET AL., *ante,* p. 910;

No. 1191. MORGAN v. NELSON ET AL., *ante,* p. 911;

No. 1235. HUBBARD ET AL. v. KIEFEL, *ante,* p. 908;

No. 1257. LOPO v. SAKS FIFTH AVENUE, *ante,* p. 211;

No. 1769, Misc. GOFF v. VETERANS ADMINISTRATION,
*ante,* p. 927;

No. 1795, Misc. BERNSTEIN v. CATHERWOOD, INDUS-
TRIAL COMMISSIONER OF NEW YORK, *ante,* p. 928; and

No. 1930, Misc. SMILEY v. CALIFORNIA ET AL., *ante,*
p. 919. Petitions for rehearing denied.

No. 1670, Misc. MOYE v. SIOUX CITY & NEW ORLEANS
BARGE LINES, INC., *ante,* p. 913. Motion of American
Trial Lawyers Association, Admiralty Section, for leave
to file a brief as *amicus curiae* denied. Petition for re-
hearing denied. *Raymond H. Kierr* and *Eldon E. Fallon*
on the motion.